Quinn Emanuel Urquhart Oliver & Hedges, Llp
Kenneth R. Chiate, CA Bar No. 39554
Marshall M. Searcy, CA Bar No. 169269
Kristen Bird, CA Bar No. 192863
B. Dylan Proctor, CA Bar No. 219354
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

Attorneys for Defendant,
Equilon Enterprises LLC, d/b/a Shell Oil Products US

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MADANI, ANDRE VAN DER VALK, ROSHAN GUPTA, KYONG-UK CHUNG, ARBORZ PETROLEUM, INC., MIKE BEHRAZFAR, ASHKAN CORPORATION, JAMES KIM, SABAN INVESTMENT, LLC, RANJIT JOEA, RICK-MIK ENTERPRISES, INC., WILL Y. WONG,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUILON ENTERPRISES LLC, a Delaware Limited Liability Company dba Shell Oil Products US; and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. CV 04-10370 JVS (JTLx)<br><br>**AMENDED JUDGMENT** |

05887/3050184.1

[PROPOSED] AMENDED JUDGMENT

## Amended Judgment

WHEREAS, on December 20, 2004, plaintiffs Mike Madani, Andre Van Der Valk, Roshan Gupta, Kyong-Uk Chung, Alborz Petroleum, Inc., Mike Behrazfar, Ashkan Corporation, James Kim, Saban Investment, LLC, Ranjit Joea, Rick-Mik Enterprises, Inc., and Will Y. Wong (collectively, "Plaintiffs") filed a complaint in this action, and thereafter amended complaints, alleging a number of claims against defendant Equilon Enterprises LLC ("Equilon");

WHEREAS, prior to the commencement of trial, all claims raised in this case were dismissed by Orders of the Court other than claims for damages and/or injunctive relief for alleged violations of *California Business and Professions Code* sections 17200, *et seq.*, and 21200, *et seq.*, raised by plaintiffs Mike Madani, Alborz Petroleum, Inc., Ashkan Corporation, Saban Investment, LLC, Will Y. Wong and James Kim;

WHEREAS, on June 29, 2007, the Court granted Equilon's motion for judgment as a matter of law on all remaining claims for damages;

WHEREAS, on July 13, 2009, in its Amended Findings of Fact and Conclusions of Law Regarding Plaintiffs Claims for Injunctive Relief, the Court dismissed all remaining claims for injunctive relief and declared Equilon the prevailing party in this case;

NOW THEREFORE, based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Equilon and against Plaintiffs, and each of them, on all claims raised by Plaintiffs in the initial Complaint and in any amended version thereof.  It is further ORDERED that Equilon is entitled to its costs as the prevailing party in this case, in an amount

///
///
///
///

1  to be determined.  Equilon shall prepare and submit for the Court's consideration its
2  Memorandum of Costs.
3
4  **IT IS SO ORDERED.**
5
6  Dated: August 14, 2009
7
8  By: _____
9  Hon. James V. Selna
   UNITED STATES DISTRICT JUDGE

05887/3050184.1

-3-
[PROPOSED] AMENDED JUDGMENT